**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

DARLA SPENCER,

    *Plaintiff*,

v.

THE GEO GROUP, INC.,

    *Defendant*.

§
§
§
§
§
§
§
§
§
§
§
§

Civil Action No.  SA-21-CV-0739-XR

## <u>TRANSFER ORDER</u>

In accordance with the provisions of Title 28 U.S.C. Section 636(c) and Federal Rule of Civil Procedure 73, all parties in this case have waived the right to proceed before a judge of the United States District Court and consent to have a United States Magistrate Judge conduct any and all proceedings in the case, including trial and the entry of judgment.  *See* ECF Nos. 5, 7.

It is, therefore, **ORDERED** that the consent is **APPROVED** and the instant case shall be removed from the docket of the Undersigned Judge and assigned to United States Magistrate Judge Richard Farrer for all proceedings and the entry of final judgment.  Any appeal shall be taken to the United States Court of Appeals for this judicial circuit in accordance with Title 28 U.S.C. Section 636(c) and Rule 73(c).

It is so **ORDERED**.

**SIGNED** this September 8, 2021.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE