IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DARLA SPENCER, | § | |
| | § | |
| *Plaintiff,* | § | 5-21-CV-00739-RBF |
| | § | |
| vs. | § | |
| | § | |
| THE GEO GROUP, INC., | § | |
| | § | |
| *Defendant.* | § | |

## RESET ORDER

**IT IS ORDERED THAT** the jury selection and trial on July 25, 2022, is **HEREBY RE-SET** to **July 18, 2022,** at **10:30 a.m.**

**IT IS SO ORDERED**.

SIGNED this 29th day of September, 2021.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE