IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DARLA SPENCER,

      *Plaintiff*,

vs.

THE GEO GROUP, INC.,

      *Defendant*.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

5-21-CV-00739-RBF

## ORDER

Before the Court is the Joint Motion to Vacate Pending Deadlines filed by Plaintiff Darla Spencer and The GEO Group, Inc. Dkt. No. 24. The parties represent that they have successfully mediated this case and anticipate entering into a confidential settlement agreement "[i]n the immediate future." In the interim, the parties request that this case be removed from the trial calendar and that all pending deadlines be vacated. The Motion, Dkt. No. 24, is **GRANTED**. **IT IS ORDERED THAT:**

    All deadlines in this case are **STAYED** until otherwise ordered by the Court.

The parties shall file a stipulation of dismissal on or before **May 27, 2022**. Should the parties require additional time to finalize their settlement agreement, they should inform the Court via motion.

All other motions pending in this case, Dkt. Nos. 16, 17, 21, are **DENIED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**.

    SIGNED this 27th day of April, 2022.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE